FILED IN CHAMBERS
THOMAS W. THRASH JR.
U. S. D. C. Atlanta

JUN 19 2007

JAMES N. HATTEN, Clerk
By: Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LEVERN JOYNER,<br>    Petitioner, | :  PRISONER HABEAS CORPUS<br>:  28 U.S.C. § 2254 |
| v. | :  CIVIL ACTION NO.<br>:  1:07-CV-0712-TWT |
| STEVE UPTON, Warden,<br>    Respondent. | : |

## ORDER AND OPINION

Petitioner, Levern Joyner, an inmate at the Hays State Prison in Trion, Georgia, seeks via 28 U.S.C. § 2254 to challenge the constitutionality of his January 9, 2004, convictions in the Gwinnett County Superior Court for armed robbery, obstruction of a law enforcement officer, and giving a false name. Presently before the Court for consideration is a motion to dismiss the petition (Doc. 5) filed by Petitioner. In his motion, Petitioner seeks to dismiss his habeas corpus petition so that he may present a claim of ineffective assistance of appellate counsel in a state habeas corpus petition. Respondent has filed a motion to dismiss for lack of exhaustion (Doc. 7), indicating that Petitioner has not sought state habeas corpus relief, and that several of Petitioner's claims are unexhausted. Accordingly,

Petitioner's motion to dismiss (Doc. 5) is hereby **GRANTED** and Petitioner's petition for habeas corpus is hereby **DISMISSED WITHOUT PREJUDICE**.

All other pending motions in this case should be and hereby are **DENIED** as moot.

**IT IS SO ORDERED**, this _18_ day of _June_, 2007.

_/s/ Thomas W. Thrash_
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)